IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-31034
USDC No. CA-94-2556
_____

ROBERT E. LOVE,

                                        Plaintiff-Appellant,

versus

RICHARD L. STALDER ET AL.,

                                        Defendants-Appellees.

- - - - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
- - - - - - - - - - - -
December 19, 1995
Before DAVIS, BARKSDALE and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Robert E. Love moves this Court for leave to proceed in forma pauperis (IFP) on appeal.  He has failed to present a nonfrivolous appellate issue regarding why he failed to make a good-faith effort to exhaust prison administrative remedies.

     Because Love's motion for IFP presents no issue of arguable merit and is thus frivolous, IFP is DENIED.  Because the appeal is frivolous, it is DISMISSED.  See 5th Cir. R. 42.2.

     IFP DENIED; APPEAL DISMISSED.

---

[*]     Local Rule 47.5 provides:  "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the court has determined that this opinion should not be published.